**FILED**

APR 15 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 11-cr-169-KJM |
| Plaintiff, | |
| v. | ORDER SUBSTITUTING ARREST WARRANT IN LIEU OF SUMMONS |
| ARMENAK AVAGYAN, a.k.a. ALEX SAMS | |
| Defendant. | |

For the reasons set forth in the petition of the United States, the summons previously ordered in the above-captioned case is recalled in lieu of an arrest warrant.

Date: April 15, 2011

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1