1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   COURTNEY FEIN, Bar #244785
    Designated Counsel for Service
3   801 I Street, 3rd Floor
    Sacramento, California  95814
4   (916) 498-5700

5   Attorney for Defendant
    ARMENAK AVAGYAN
6

7                IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,          )   NO. 2:11-cr-00169-KJM
                                       )
11                   Plaintiff,        )
                                       )   **STIPULATION   AND   ORDER;**
12         v.                          )   **CONTINUING STATUS CONFERENCE**
                                       )   **AND EXCLUDING TIME**
13  ARMENAK AVAGYAN,                   )
                                       )   Date: May 19, 2011
14                   Defendant.        )   Time:  10:00 a.m.
                                       )   Judge: Hon. Kimberly J. Mueller
15  _____   )

16         IT IS HEREBY STIPULATED by and between the parties hereto through their

17  respective counsel, MATTHEW MORRIS, Assistant United States Attorney, attorney for

18  Plaintiff, and COURTNEY FEIN, attorney for ARMENAK AVAGYAN that the status

19  conference hearing date of May 19, 2011 be vacated, and the matter be set for status

20  conference on June 23, 2011 at 10:00 a.m.

21         The reason for this continuance is to allow defense counsel additional time to review

22  the discovery, consult with her client, examine possible defenses, and continue investigating

23  the facts of the case.  Additional discovery is forthcoming.  Mr. Avagyan also has state

24  proceedings pending that may potentially be resolved jointly with this case.  Based upon the

25  foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from

26  the date of signing of this order through and including June 23, 2011 pursuant to 18 U.S.C.

27  §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon

28  continuity of counsel and defense preparation.

DATED: May 12, 2011.                    Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Public Defender

                                        /s/ Courtney Fein
                                        COURTNEY FEIN
                                        Assistant Federal Defender
                                        Designated Counsel for Service
                                        Attorney for Armenak Avagyan

DATED:  May 17, 2011.                   BENJAMIN WAGNER
                                        United States Attorney

                                        /s/ Courtney Fein for
                                        MATTHEW MORRIS
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

### ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the May 19, 2011,  status conference hearing be continued to June 23, 2011, at 10:00 a.m.  Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the June 23, 2011 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:  May 17, 2011.

_____
UNITED STATES DISTRICT JUDGE

2