BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-cr-00169-KJM |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE TO SEPTEMBER 8, 2011, AND EXCLUDING TIME FOR PURPOSES OF THE SPEEDY TRIAL ACT |
| v. | |
| ARMENAK AVAGYAN, a.k.a. ALEX SAMS | |
| Defendant. | |

        Plaintiff United States of America, by and through Assistant United States Attorney Matthew G. Morris and Defendant, Armenak Avagyan, by and through his attorney, Joseph A. Welch, hereby stipulate as follows:

        The parties agree that the case be continued to September 8, 2011.  The parties request the continuance based upon the following facts, which the parties believe demonstrate good cause to support the appropriate finding under the Speedy Trial Act:

        a) The parties are attempting to determine the bounds of a possible resolution to the case without trial.  The Defense will require time to consider and respond to certain offers made by the

1

government.

    b) The requested continuance is not based on congestion of the Court's calendar, lack of diligent preparation on the part of the attorney for the government or the defense, or failure on the part of the attorney for the government to obtain available witnesses.

    For purposes of computing the date under the Speedy Trial Act by which defendant's trial must commence, the parties agree that the time period of July 28, 2011 to September 8, 2011, inclusive, should be excluded pursuant to 18 U.S.C. Section 3161(h)(7)(B)(iv) because the delay results from a continuance granted by the Court at defendant's request, without government objection, on the basis of the Court's finding that: (i) the delay will allow defense counsel reasonable time to prepare; and (ii) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial.

**IT IS SO STIPULATED.**

DATED: July 29, 2011    <u>/s/ Matthew G. Morris</u>
                        MATTHEW G. MORRIS
                        Assistant United States Attorney

DATED: July 29, 2011    <u>/s/ Joseph A. Welch, (as authorized 7/28/11)</u>
                        JOSEPH A. WELCH
                        Attorney for Armenak Avagyan

**IT IS SO ORDERED**, the court having found that the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial.

DATED:  August 1, 2011.

_____

UNITED STATES DISTRICT JUDGE