UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FILED**

MAY 20 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARMENAK AVAGYAN,<br><br>Defendant. | No. 2:11-cr-00169-KJM<br><br>2:12-cr-00112-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release ARMENAK AVAGYAN; Case No. 2:11-cr-00169-KJM, 2:12-cr-00112-KJM from custody for the following reasons:

___ Release on Personal Recognizance

___ Bail Posted in the Sum of $

    ___ Unsecured Appearance Bond

    ___ Appearance Bond with 10% Deposit

    ___ Appearance Bond with Surety

    ___ Corporate Surety Bail Bond

_X_ (Other): Time Served

Issued at Sacramento, California on __5/20/15__, at __11:09 a.m.__

_____
Kimberly J. Mueller
United States District Judge